43098

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| GREAT LAKES INSURANCE SE | * | CIVIL ACTION NO.:  6:20-CV-00211 |
| Plaintiff, | * | SECTION: |
| v. | * | JUDGE:  MICHAEL J. JUNEAU |
| TB & JB, LLC | * | MAGISTRATE JUDGE: |
| | * | PATRICK J. HANNA |
| Defendant. | * | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff/Counterclaim Defendant, Great Lakes Insurance SE ("Great Lakes"), and Defendant/Counterclaim Plaintiff, TB & JB, LLC, who respectfully represent to the Court that all claims made by the parties against one another in this matter have been compromised and settled in full and the parties move that the Complaint for Declaratory Judgment filed by Great Lakes and the Counterclaim filed by TB & JB, LLC, and all claims made by the parties against one another in this matter, be DISMISSED in their entirety, *with prejudice*, each party to bear their respective costs.

Respectfully submitted,

*/s/ Brent J. Carbo*
R. Todd Musgrave, Bar No.22840
Brent J. Carbo, Bar No. 30429
Musgrave, McLachlan, & Penn, L.L.C.
1515 Poydras St., Suite 2380
New Orleans, LA 70112
Telephone: (504) 799-4300
Facsimile: (504) 799-4301
Email: rtm@mmpfirm.com
         bjc@mmpfirm.com
*Attorneys for Great Lakes Insurance SE*

*/s/ Larry D. Dyess*
Larry D. Dyess, Bar No. 19555
Larry D. Dyess, APLC
11944 Coursey Blvd., Suite 200
Baton Rouge, Louisiana 70816
Telephone: (225) 810-7859
Email: ldyess@ldyesslaw.com
*Attorneys for TB & JB, LLC*

## CERTIFICATE OF SERVICE

I do certify that on this, the 11th day of December 2020, the foregoing pleading has been filed using the electronic filing system of the United States District Court for the Western District of Louisiana, and, pursuant to local rule, constitutes service of same on all counsel of record herein. I further certify that the foregoing has been sent via U.S. Mail to all counsel for unrepresented parties who are not participating in the ECF system.

*/s/ Brent J. Carbo*
Brent J. Carbo